**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7570**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

LEON MCDOWELL,

                Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.   (3:05-cr-00757-CMC-1)

Submitted:  November 15, 2012      Decided:  December 17, 2012

Before WILKINSON, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leon McDowell, Appellant Pro Se. Jane Barrett Taylor, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon McDowell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction of his sentence based on Amendment 750 and Dorsey v. United States, 132 S. Ct. 2321 (2012). McDowell was sentenced before the effective date of the Fair Sentencing Act. Therefore, the Act does not apply to his sentence. See Dorsey, 132 S. Ct. at 2335. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2